```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STEPHEN M. GOLDBERG, ESQ. P.C.
ROBERT S. CASAGRAND, ESQ.
917 NORTH WASHINGTON AVENUE
GREEN BROOK, NEW JERSEY 08812
(732) 752-8834
Attorney for Debtor(s)

In Re:

    DAISY M. WELLS
```

Order Filed on June 27, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 15-34217-VFP

Judge: Hon. VINCENT F. PAPALIA

Hearing Date: 04/21/2016

Chapter 13

### ORDER RESOLVING SETERUS INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 27, 2016**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page (2)**
Debtor: DAISY M. WELLS
Case No: 15-34217-VFP
Caption of Order: **ORDER RESOLVING SETERUS INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

---

Upon the Opposition of Stephen M. Goldberg, PC as attorneys for the Debtor Daisy M. Wells to the motion of RAS Citron, LLC for Secured Creditor Seterus, Inc. as authorized subservicer for creditor Federal National Mortgage Association (Fannie Mae), for an order for Relief From the Automatic Stay, it is

**ORDERED** as follows:

1. Debtor shall remit her $1,511.36 monthly mortgage payments for January 1, 2016, February 1, 2016, March 1, 2016, and April 1, 2016, in the total amount of $6,045.44 to Seterus, Inc. within ten (10) days of entry of this Order.

2. Debtor shall resume making her regular monthly mortgage payments outside of her Chapter 13 Plan to Seterus, Inc. as authorized subservicer for creditor Federal National Mortgage Association (Fannie Mae) commencing on May 1, 2016.

3. Seterus withdraws its instant Motion for Relief from the Automatic Stay.